# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MILLER, an individual,<br><br>　　　　Plaintiff,<br>　v.<br>PICK FIVE IMPORTS, INC. dba MAXI-MATIC U.S.A., INC., a California Corporation; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | No. 2:21-cv-05597-JAK-PLA<br><br>**ORDER RE STIPULATION TO REMAND (DKT. 15)**<br><br>JS-6 |

Based on a review of the parties' Stipulation to Remand (the "Stipulation" (Dkt. 15)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** The above-captioned civil action is remanded to the Los Angeles Superior Court. Defendant Maxi-Matic retains all rights referenced in the Stipulation.

**IT IS SO ORDERED.**

Dated: August __06__, 2021

_____
John A. Kronstadt
United States District Judge